United States Court of Appeals
For the Eighth Circuit
_____

No. 24-1730
_____

Larry E. Windeknecht

*Plaintiff - Appellant*

v.

David L. Easter, Sr., Security Staff; Jarrod Hoskins, Security Staff

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 26, 2024
Filed: December 3, 2024
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Civil detainee Larry Windeknecht appeals following the district court's[1] adverse grant of summary judgment in his civil rights action.

---

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

Having carefully reviewed the record, *see Malone v. Hinman*, 847 F.3d 949, 952 (8th Cir. 2017) (standard of review), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____